UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                     :  **ORDER**
v.                                   :
                                     :  13 CR 233-1 (VB)
JUAN CARLOS RODRIGUEZ-FRANCISCO,    :
                        Defendant.   :
--------------------------------------------------------------x

On January 4, 2021, through counsel, defendant moved for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #96).  This is defendant's third such motion.  His previous two motions were denied on the merits.  (Docs. ##87, 90).

It appears defendant properly exhausted his administrative remedies before filing the instant motion.  Accordingly, the government is directed to file a response to the motion by January 26, 2021.  The government is directed to address the merits of the motion.

Dated: January 5, 2021
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge

1